**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: MOTION TO WITHDRAW AS COUNSEL** |

*This document relates to:*

　　Regina Adams, 06-6899 CRB
_____/

　　Now pending for decision is the motion of Pittman, Dutton, Kirby & Hellums, P.C. and attorney Elisabeth French of that firm, to withdraw as counsel for plaintiff in the above matter.

　　After carefully considering the motion, the Court ORDERS PLAINTIFF TO SHOW CAUSE as to why (1) the motion to withdraw as counsel of record should not be granted; and (2) plaintiff's lawsuit should not be dismissed for a lack of prosecution.  See Fed. R. Civ. P. 41.  If plaintiff wishes to contest the withdrawal of counsel and/or dismissal of plaintiff's lawsuit for failure to prosecute, plaintiff shall notify the Court **in writing** on or before **May 18, 2007** of the reasons the withdrawal should not be granted or the case dismissed.  In particular, if plaintiff wishes to proceed with this action, plaintiff shall advise the Court of the name and address of  new counsel or, if plaintiff will be proceeding without a lawyer, plaintiff

1  must advise the Court of how the Court should contact plaintiff. In addition, plaintiff shall
2  advise the Court as to whether plaintiff has completed and served defendants with a plaintiff
3  fact sheet and provided defendants with authorizations for the release of medical records.
4  Plaintiff is warned that her failure to communicate with the Court in writing as set forth above
5  may result in dismissal of her claims with prejudice.

6  Plaintiff's counsel shall ensure that plaintiff receives a copy of this Order.

7  **IT IS SO ORDERED.**

8  Dated: April 23, 2007

9  CHARLES R. BREYER
   UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\showcauseorders\pittman2osc.wpd